# United States Court of Appeals
### For the Eighth Circuit

_____

No. 25-3412
_____

United States of America

*Plaintiff - Appellee*

v.

Friday Deel Gardner, also known as Oblock

*Defendant - Appellant*
_____

Appeal from United States District Court
for the Northern District of Iowa - Eastern
_____

Submitted: May 26, 2026
Filed: May 29, 2026
[Unpublished]
_____

Before GRUENDER, KELLY, and KOBES, Circuit Judges.
_____

PER CURIAM.

Friday Gardner appeals after he pleaded guilty to drug-distribution and firearm offenses and the district court[1] imposed a within-Guidelines sentence. His counsel

_____

[1]The Honorable C.J. Williams, Chief Judge, United States District Court for the Northern District of Iowa.

has moved for leave to withdraw, and has filed a brief under *Anders v. California*, 386 U.S. 738 (1967), challenging the sentence as substantively unreasonable.

We conclude that the within-Guidelines sentence Gardner received is not substantively unreasonable. *See United States v. Feemster*, 572 F.3d 455, 461 (8th Cir. 2009) (en banc) (abuse of discretion standard of review); *see also United States v. Callaway*, 762 F.3d 754, 760 (8th Cir. 2014) (stating that a sentence within the Guidelines range is presumed reasonable, and district courts are allowed wide latitude in weighing the sentencing factors). The district court properly considered the 18 U.S.C. § 3553(a) factors, and there is no indication that the court overlooked a relevant factor, gave significant weight to an improper or irrelevant factor, or committed a clear error of judgment in weighing the relevant factors. *See Feemster*, 572 F.3d at 461. We have also independently reviewed the record under *Penson v. Ohio*, 488 U.S. 75 (1988), and have found no non-frivolous issues for appeal.

Accordingly, we affirm the judgment, and we grant counsel leave to withdraw.

_____